```
                                                    FIL
                                          U.S. DISTRI    OURT
                                            MIDDLE (     IA

                                          05 MAY 31     9: 29
                                          _____
                                                  DEPUTY   ERK
```

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| JEFFREY L. GRUNDY, an individual,   ) | |
| ) | |
| Plaintiff,   ) | CIVIL ACTION FILE |
| ) | |
| v.   ) | NO. 6:05-CV-21 |
| ) | |
| GENE'S TOWING INCORPORATED,   ) | NOTICE OF APPEARANCE |
| et al., a Washington corporation; PSC,   ) | OF TOPCO FINANCIAL |
| INC., et al. (sometimes using the   ) | SERVICES, INC. |
| Fictitious Name Puget Sound Collections),   ) | |
| a Washington corporation; TOPCO   ) | |
| FINANCIAL SERVICES, INC., et al.,   ) | |
| A Washington corporation; and DOES   ) | |
| 1-100,   ) | |
| ) | |
| Defendants.   ) | |
| _____ ) | |

TO:      Clerk of the Court
         United States District Court
         Middle District of Georgia
         Thomasville Division

AND TO:  Jeffrey L. Grundy, Plaintiff, Pro Se

YOU AND EACH OF YOU will please take notice that the Defendant Topco Financial Services, Inc. in the above entitled action, without waiving objections as to improper service or jurisdiction, hereby enters its appearance herein. You are notified that service of all further pleadings, notices, documents or other papers herein, exclusive of process, may be had upon said Defendant by serving it at its address below stated.

NOTICE OF APPEARANCE
OF TOPCO FINANCIAL SERVICES, INC. - 1        

You are not authorized to serve pleadings or papers by use of facsimile unless specifically negotiated with the undersigned. If and where authorized, service by facsimile will only be accepted Monday through Friday, 9:00 a.m. through 4:30 p.m. Pacific Time.

DATED this 17th day of May, 2005.

TOPCO FINANCIAL SERVICES, INC.

By: *[signature]*
Its: PRESIDENT

Address: 1721 Hewitt Ave. #511
EVERETT, WA. 98201

NOTICE OF APPEARANCE
OF TOPCO FINANCIAL SERVICES, INC. - 2

ORIGINAL