IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| **JEFFREY L. GRUNDY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 6:05-cv-21 (HL) |
| | : | |
| **GENE'S TOWING** | : | |
| **INCORPORATED, a Washington** | : | |
| **Corporation; PSC, INC.,** | : | |
| **a Washington Corporation,** | : | |
| **TOPCO FINANCIAL SERVICES,** | : | |
| **INC., a Washington Corporation,** | : | |
| **and Does 1-100,** | : | |
| | : | |
| Defendants. | : | |
| _____ | | |

## ORDER

This case is before the Court on Plaintiff's Motion Requesting Entry of Order of Default Judgment and Request for Hearing to Determine and Assess Damages [doc 7]. After consideration of the Motion, the Court hereby directs as follows.

1. The Court finds that Plaintiff has satisfied the requirements of Federal Rule of Civil Procedure 55(a) and has shown by affidavit that Topco Financial Services, Inc. has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. Accordingly, the Clerk is hereby directed to enter the default of Topco Financial Services, Inc., consistent with Rule 55(a). Although Topco Financial Services, Inc. served a Notice of Appearance, which was filed on May 31, 2005, "[t]he filing of a notice of appearance in an action does not prevent entry of default if the defending party does not also plead or otherwise defend against the action." 10 James Wm. Moore et al. Moore's Federal Practice § 55.10[2][c] (3d ed. 2004).

2. Plaintiff's motion for hearing is granted.  The Calendar Clerk is hereby directed to set this matter down for a hearing on Plaintiff's Motion for Default Judgment as to Defendant Topco Financial Services, Inc.  Because Defendant Topco Financial Services, Inc. has appeared in the action, it is entitled to written notice of the application for default judgment, as required by Federal Rule of Civil Procedure 55(b)(2).  Accordingly, the Clerk is hereby directed to serve a copy of Plaintiff's Motion Requesting Entry of Order of Default Judgment and Request for Hearing to Determine and Assess Damages on Defendant Topco Financial Services, Inc. at the address provided in its Notice of Appearance.  Furthermore, the Calendar Clerk is directed to provide Topco Financial Services, Inc. with notice of the hearing.

**SO ORDERED**, this the 20th day of June, 2005.

                                              **s/ Hugh Lawson**
                                              **HUGH LAWSON, JUDGE**

mls