**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION**

| | |
|---|---|
| **JEFFREY L. GRUNDY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civil Action No.** |
| : | **6:05-CV-21 (HL)** |
| **GENE'S TOWING INC., a Washington** : | |
| **Corporation; PSC, INC., a Washington** : | |
| **Corporation; TOPOCO FINANCIAL** : | |
| **SERVICES, INC., a Washington** : | |
| **Corporation; and DOES 1-100,** : | |
| | |
| **Defendants.** | |

**ORDER**

Before the Court is Plaintiff's Motion Requesting a Hearing to Determine and Assess Damages Against Defendant Topoco Financial Services, Inc. (Doc. 14) and Plaintiff's Motion Requesting Entry of Order of Default Judgment and Request for Hearing to Determine and Assess Damages Against Defendant Gene's Towing, Inc. (Doc. 15). After consideration of the motions, the Court hereby directs as follows:

**I. DEFENDANT TOPOCO FINANCIAL SERVICE, INC. ("TOPOCO")**

Plaintiff's Motion Requesting a Hearing to Determine and Assess Damages is granted. The Calendar Clerk is hereby directed to set this matter down for a hearing on Plaintiff's Motion as to Defendant Topoco and provide Topoco with notice of the hearing. Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Defendant Topoco is entitled to written notice of the application for default judgment because it filed a Notice of Appearance in this action. Therefore, the Clerk is hereby directed to serve a copy of Plaintiff's Motion on Defendant Topoco at the address provided in its Notice

of Appearance.

**II. DEFENDANT GENE'S TOWING, INC. ("GENE'S TOWING")**

As Plaintiff has shown by affidavit that Defendant Gene's Towing has failed to plead or otherwise defend[1] this action as provided by the Federal Rules of Civil Procedure, the Clerk is hereby directed to enter the default of Gene's Towing.

Further, Plaintiff's Motion Requesting a Hearing to Determine and Assess Damages is granted. The Calendar Clerk is hereby directed to set this matter down for a hearing on Plaintiff's Motion as to Defendant Gene's Towing and provide Gene's Towing with notice of the hearing. Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Defendant Gene's Towing is entitled to written notice of the application for default judgment because it filed a Notice of Appearance in this action. Therefore, the Clerk is hereby directed to serve a copy of Plaintiff's Motion on Defendant Gene's Towing at the address provided in its Notice of Appearance.

SO ORDERED, this the 22nd day of November, 2005.

                **/s/ Hugh Lawson**
                **HUGH LAWSON, Judge**

scs

---

[1] Defendant Gene's Towing did serve a Notice of Appearance; however the filing of a notice of appearance, absent other action, does not prevent entry of default. See 10 JAMES WM. MOORE ET AL. Moore's Federal Practice § 55.10[2][c] (3d ed. 2004).